UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.   CV 22-08024-SK                                    Date: May 6, 2024

Title   Jeremiah McDaniel v. Deb Haaland et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE (ECF 58)**

Pursuant to the parties' stipulation, this case is dismissed in its entirety with prejudice. Each party shall bear his, her or its own attorney's fees, costs and expenses.

IT IS SO ORDERED.